The motion is granted only insofar as it seeks relief from the codebtor stay. The confirmation order already provides for relief from the automatic stay, and the court will not compel abandonment of the collateral since the motion was not served on all creditors as required by E.D. Tenn. LBR 6007-1(b).

**SO ORDERED.**
**SIGNED this 10th day of January, 2017**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| In Re: | Case No. 1:16-bk-14552-NWW |
| Torice Deshun Fugh, | |
|     Debtor, | |
| Wells Fargo Bank, N.A. servicer for Wells Fargo Financial Tennessee 1, LLC | Chapter 13 |
|     Movant, | |
| Vs. | Judge Nicholas W. Whittenburg |
| Torice Deshun Fugh and Buffie Jones, | |
|     Respondents. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND ABANDONMENT OF PROPERTY BY TRUSTEE AS TO WELLS FARGO BANK, N.A. SERVICER FOR WELLS FARGO FINANCIAL TENNESSEE 1, LLC REGARDING REAL PROPERTY LOCATED AT 4602 COLONIAL DRIVE, CHATTANOOGA, TENNESSEE 37411**

This cause came before the Court upon Wells Fargo Bank, N.A. as servicer for Wells

Fargo Financial Tennessee 1, LLC's Motion for Relief from the Automatic Stay and Co-Debtor

Stay and Abandonment of Property by Trustee.  For good cause shown, it is the opinion of the Court that the Motion should be granted.

    IT IS THEREFORE ORDERED:

    1.  That the Automatic Stay of 11 USC 362 and 1301 as to Wells Fargo Bank, N.A. is dissolved and it is allowed to proceed with its remedy at state law as to the property.

    2.  That the Trustee is ordered to abandon the bankruptcy estate's interest in the property pursuant to 11 U.S.C. 554 (b).

    3.  That any excess proceeds following disposition of collateral shall be remitted to the Trustee.

    4.  Rule 4001(a)(3) is not applicable and Wells Fargo Bank, N.A. may immediately enforce and implement this Order Granting Relief From the Automatic Stay.

###

APPROVED FOR ENTRY:

/s/Kyle Stewart
Kyle Stewart
Attorney for Creditor
Law Offices of Shapiro & Ingle, LLP, a Tennessee limited liability partnership
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107
Fax: 704-333-8156