**SO ORDERED.**
**SIGNED this 14th day of February, 2017**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| In Re: | Case No. 1:16-bk-14552-NWW |
| Torice Deshun Fugh, | |
| Debtor, | |
| Wells Fargo Bank, N.A. servicer for Wells Fargo Financial Tennessee 1, LLC | Chapter 13 |
| Movant, | |
| | Judge Nicholas W. Whittenburg |
| Vs. | |
| Torice Deshun Fugh and Buffie Jones, | |
| Respondents. | |

**ORDER GRANTING ABANDONMENT OF PROPERTY BY TRUSTEE REGARDING REAL PROPERTY LOCATED AT 4602 COLONIAL DRIVE, CHATTANOOGA, TENNESSEE 37411**

This cause came before the Court upon Wells Fargo Bank, N.A. servicer for Wells Fargo Financial Tennessee 1, LLC ("Wells Fargo Bank, N.A.")'s Motion to Compel Abandonment of Property by Trustee. It appearing to the Court that there is no opposition thereto, it is the opinion of the Court that the Motion should be granted.

IT IS THEREFORE ORDERED that the Trustee is ordered to abandon the bankruptcy estate's interest in the property pursuant to 11 U.S.C. 554 (b). Any excess proceeds generated following disposition of the collateral shall be remitted to the Trustee to be distributed to other creditors.

###

APPROVED FOR ENTRY:

/s/Kyle Stewart
Kyle Stewart
Attorney for Creditor
Law Offices of Shapiro & Ingle, LLP, a Tennessee limited liability partnership
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107
Fax: 704-333-8156